**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6611**

———————

JEFFREY DOW,

Plaintiff - Appellant,

versus

STATE OF MARYLAND DEPARTMENT OF CORRECTIONS;
H. REIDL, MRDCC; WARDEN BASHEARS; WARDEN
LOGAN; MR. BOZMAN; MRS. ZEVAKOS; DOCTOR STAF-
FORD; JEFFREY A. BRIGGS, Dr.; CORRECTIONAL
MEDICAL SERVICES,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-
98-2561-DKC)

———————

Submitted: September 30, 1999     Decided: October 6, 1999

———————

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jeffrey Dow, Appellant Pro Se. John Joseph Curran, Jr., Attorney
General, Angela Michelle Eaves, Assistant Attorney General, Balti-
more, Maryland; Michael Evan Blumenfeld, KRAMON & GRAHAM, Balti-
more, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jeffrey Dow appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Dow v. Maryland Dep't of Corrections, No. CA-98-2561-DKC (D. Md. Mar. 24, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked "filed" on March 23, 1999, the district court's records show that it was entered on the docket sheet on March 24, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).